KEVIN V. RYAN (CSBN 118321)
United States Attorney

EMUI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/9/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00420 RMW |
|     Plaintiff, ) | |
|     v. ) | ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| SEBASTIAN SANCHEZ-ISQUERO ) | |
|     Defendant. ) | |

On December 5, 2005, the parties appeared before the Court for an initial appearance. At the hearing, Assistant Federal Public Defender Lara Vinnard informed the Court that she had obtained discovery from the government and needed time to review it with the defendant. Therefore, the parties jointly requested that a status hearing be scheduled for Monday, January 9, 2006 at 9:00 a.m. In addition, the parties stipulated and agreed that an exclusion under Speedy Trial Act from December 5, 2005 until January 9, 2006 was appropriate based on the defendant's

need for effective preparation of counsel.

//

SO STIPULATED.                                  KEVIN V. RYAN
                                                United States Attorney

DATED:_____                            _____/s/_____
                                                SUSAN KNIGHT
                                                Assistant United States Attorney

DATED:_____                            _____/s/_____
                                                LARA VINNARD
                                                Assistant Federal Public Defender

   Accordingly, the Court HEREBY ORDERS that a status hearing be scheduled for January 9, 2006 at 9:00 a.m.

   The Court FURTHER ORDERS that the time between December 5, 2005 and January 9, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

 12/9/05                                        /S/ RONALD M. WHYTE
_____                               _____
Dated                                           RONALD M. WHYTE
                                                United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO EXCLUDE TIME
CR 05-00420 RMW                              3