1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant SANCHEZ-ISQUERO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION        *E-FILED - 3/1/06*

11  UNITED STATES OF AMERICA,        )    No. CR 05-00420 RMW
                                     )
12            Plaintiff,             )    **STIPULATION TO CONTINUE**
                                     )    **HEARING AND EXCLUDE TIME;**
13  v.                               )     **ORDER**
                                     )
14  SEBASTIAN SANCHEZ-ISQUERO,       )
                                     )
15            Defendant.             )
    _____)
16

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Monday, February 27, 2006, at 9:00 a.m., be continued to Monday, April 3, 2006, at 9:00 a.m.

20  The defense requests the continuance because the defense is continuing its investigation of

21  matters related to the charges as well as the possible sentence in this case.

22        The parties further agree that time should be excluded under the Speedy Trial Act from

23  February 27, 2006, to Monday, April 3, 2006, because the defense requires time for investigation

24  and preparation, and the ends of justice outweigh the defendant's and the public's need for a

25  speedy trial.

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00420 RMW                          1

1    Dated:  February _23_, 2006                    _____/s/_____
                                                    LARA S. VINNARD
2                                                   Assistant Federal Public Defender

3    Dated: February _23_, 2006                     _____/s/_____
                                                    SUSAN KNIGHT
4                                                   Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00420 RMW                  2

1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,          )    No. CR 05-00420 RMW
                                        )
11              Plaintiff,              )    **ORDER CONTINUING**
     v.                                 )    **HEARING AND EXCLUDING TIME**
12                                      )
     SEBASTIAN SANCHEZ-ISQUERO,         )
13                                      )
                Defendant.              )
14   _____)

15        The parties have jointly requested a continuance of the hearing set for February 27, 2006,

16   on grounds that defense investigation is ongoing with respect to matters related to guilt and

17   sentencing.

18        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

19   presently set for February 27, 2006, be continued to April 3, 2006, at 9:00 a.m.

20        Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

21   from February 27, 2006, to April 3, 2006, shall be excluded from the period of time within which

22   trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

23

24   Dated: 3/1/06                         /S/ RONALD M. WHYTE
                                           _____
                                           RONALD M. WHYTE
25                                         United States District Judge

26

ORDER CONTINUING HEARING
No. CR 05-00420 RMW                         3