1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANCHEZ-ISQUERO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION        *E-FILED - 4/7/06*

11 UNITED STATES OF AMERICA,        )   No. CR 05-00420 RMW
                                    )
12             Plaintiff,            )   **STIPULATION TO CONTINUE**
                                    )   **HEARING AND EXCLUDE TIME;**
13 v.                                )    **ORDER**
                                    )
14 SEBASTIAN SANCHEZ-ISQUERO,       )
                                    )
15             Defendant.            )
   _____  )
16

17     Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, April 3, 2006, be continued to Monday, May 8, 2006, at 9:00 a.m.  The defense requests

20 the continuance because defense investigation is ongoing.

21     The parties further agree that time should be excluded under the Speedy Trial Act from

22 February 27, 2006, to Monday, April 3, 2006, because the defense requires time for investigation

23 and preparation, and the ends of justice outweigh the defendant's and the public's need for a

24 speedy trial.

25

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00420 RMW                        1

| | | |
|---|---|---|
| 1 | Dated: March _30_, 2006 | _____/s/_____<br>LARA S. VINNARD |
| 2 | | Assistant Federal Public Defender |
| 3 | Dated: March _30_, 2006 | _____/s/_____<br>SUSAN KNIGHT |
| 4 | | Assistant United States Attorney |

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | No. CR 05-00420 RMW |
| 11                      Plaintiff, | ) | **ORDER CONTINUING** |
|     v. | ) | **HEARING AND EXCLUDING TIME** |
| 12 | ) | |
|     SEBASTIAN SANCHEZ-ISQUERO, | ) | |
| 13 | ) | |
|                       Defendant. | ) | |
| 14 _____ | ) | |

15      The parties have jointly requested a continuance of the hearing set for April 3, 2006, on

16  grounds that defense investigation is ongoing with respect to matters related to guilt and

17  sentencing.

18      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

19  presently set for April 3, 2006, be continued to May 8, 2006, at 9:00 a.m.

20      Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

21  from April 3, 2006, to May 8, 2006, shall be excluded from the period of time within which trial

22  must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

23

24  Dated:  4/7/06                              __/s/ Ronald M. Whyte_____
                                                RONALD M. WHYTE
25                                              United States District Judge

26

ORDER CONTINUING HEARING
No. CR 05-00420 RMW                          3