| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | LARA S. VINNARD |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant SANCHEZ-ISQUERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 5/11/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00420 RMW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. | **ORDER** |
| SEBASTIAN SANCHEZ-ISQUERO, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, May 8, 2006, should be continued to June 12, 2006.  The defense requests the continuance because defense investigation is nearing completion, but the defense requires some additional time.

The parties further agree that time should be excluded under the Speedy Trial Act from May 8, 2006, to June 12, 2006, because the defense requires time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

1  Dated:  5/5/06                                             _____/s/_____
                                                              LARA S. VINNARD
2                                                             Assistant Federal Public Defender

3  Dated:  5/5/06                                             _____/s/_____
                                                              SUSAN KNIGHT
4                                                             Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00420 RMW                                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00420 RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **HEARING AND EXCLUDING TIME** |
| SEBASTIAN SANCHEZ-ISQUERO, | ) | |
| Defendant. | ) | |

  The parties have jointly requested a continuance of the hearing set for May 5, 2006, on grounds that defense investigation is ongoing with respect to matters related to guilt and sentencing.

  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 8, 2006, be continued to June 12, 2006, at 9:00 a.m.

  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 8, 2006, to June 12, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 5/11/06              /S/ RONALD M. WHYTE
                      RONALD M. WHYTE
                      United States District Judge