1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANCHEZ-ISQUERO

6

7
                        IN THE UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                   SAN JOSE DIVISION        *E-FILED - 8/2/06*
10
   UNITED STATES OF AMERICA,            )    No. CR 05-00420 RMW
11                                      )
              Plaintiff,                )    **STIPULATION TO CONTINUE**
12                                      )    **HEARING AND EXCLUDE TIME;**
   v.                                   )    **[] ORDER**
13                                      )
   SEBASTIAN SANCHEZ-ISQUERO,           )
14                                      )
              Defendant.                )
15 _____ )

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18 Monday, July 17, 2006, should be continued to August 21, 2006.  The defense requests the

19 continuance because the defense requires additional time to complete investigation.  The defense

20 has been working with Mr. Sanchez-Isquero's family to obtain pertinent records, and the process

21 has been slow for numerous reasons, but the defense anticipates completing the process shortly.

22      The parties further agree that time should be excluded under the Speedy Trial Act from

23 July 17, 2006, to August 21, 2006, because the defense requires time for investigation and

24 preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy

25 trial.

26

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 05-00420 RMW                         1

Dated: 7/13/06                                          /s/
                                                        LARA S. VINNARD
                                                        Assistant Federal Public Defender

Dated: 7/13/06                                          /s/
                                                        SUSAN KNIGHT
                                                        Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for July 17, 2006, on grounds that defense investigation is ongoing.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for July 17, 2006, be continued to August 21, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 17, 2006, to August 21, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 8/2/06                                           /s/ Ronald M. Whyte
                                                        RONALD M. WHYTE
                                                        United States District Judge