1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANCHEZ-ISQUERO

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN JOSE DIVISION          *E-FILED - 9/21/06*
10

11 UNITED STATES OF AMERICA,        )   No. CR 05-0420 RMW
                                    )
12              Plaintiff,          )   **STIPULATION TO CONTINUE**
                                    )   **HEARING AND EXCLUDE TIME;**
13 v.                               )   **ORDER**
                                    )
14 SEBASTIAN SANCHEZ-ISQUERO        )
                                    )
15              Defendant.          )
   _____)

16                          **STIPULATION**

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, August 28, 2006, at 9:00 a.m., be continued to Monday, September 18, 2006, at 9:00

20 a.m.  The defense requests the continuance on the following grounds: Defense investigation is

21 ongoing, and the parties are attempting to negotiate a resolution of the case.  Additionally,

22 defense counsel is unavailable in late August.

23        The parties further agree that time should be excluded under the Speedy Trial Act until

24 the next hearing of this matter because the defendants require time for investigation and

25 preparation, and the ends of justice outweigh the defendants' and the public's need for a speedy

26 trial.

Dated: 8/23/06                                      _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender
Attorney for Sebastian Sanchez-Isquero

Dated: 8/23/06                                      _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the hearing set for August 28, 2006, on the grounds that the defense investigation is ongoing and the parties are attempting to negotiate a resolution of this case.  Additionally, defense counsel will be unavailable in late August.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for August 28, 2006, be continued to September 18, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 28, 2006 to September 18, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  9/21/06                                   /s/ Ronald M. Whyte
                                                _____
RONALD M. WHYTE
United States District Judge