1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANCHEZ-ISQUERO

6                                                    ***E-FILED 11/8/06***

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )    No. CR 05-00420 RMW
                                    )
12              Plaintiff,          )    **STIPULATION TO CONTINUE**
                                    )    **HEARING AND EXCLUDE TIME;**
13 v.                               )    **[PROPOSED] ORDER**
                                    )
14 SEBASTIAN SANCHEZ-ISQUERO,       )
                                    )
15              Defendant.          )
                                    )
16 _____  )

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, October 23, 2006, should be continued to December 11, 2006.  The defense requests

20 the continuance because the defense requires additional time to complete investigation.  In

21 addition, the parties require additional time for settlement negotiations.

22        The parties further agree that time should be excluded under the Speedy Trial Act from

23 October 23, 2006, to December 11, 2006, because the defense requires time for investigation and

24 preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy

25 trial.

26

1   Dated: 10/20/06                              _____/s/_____
                                                LARA S. VINNARD
2                                               Assistant Federal Public Defender

3   Dated: 10/20/06                              _____/s/_____
                                                SUSAN KNIGHT
4                                               Assistant United States Attorney

5
                                    **ORDER**
6
            The parties have jointly requested a continuance of the hearing set for October 23, 2006,
7
    on grounds that defense investigation is ongoing.
8
            GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
9
    presently set for October 23, 2006, be continued to December 11, 2006, at 9:00 a.m.
10
            Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
11
    from October 23, 2006, to December 11, 2006, shall be excluded from the period of time within
12
    which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
13

14                                              /s/ Ronald M. Whyte
    Dated:      11/8/06                          _____
15                                              RONALD M. WHYTE
                                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26