1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANCHEZ-ISQUERO

                                              *E-FILED - 12/7/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00420 RMW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING AND EXCLUDE TIME;** |
| v. ) | **[] ORDER** |
| ) | |
| SEBASTIAN SANCHEZ-ISQUERO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, December 11, 2006, should be continued to January 29, 2007.  The government has extended a settlement offer and has provided additional discovery, and the defense requires time to review these materials with Mr. Sanchez-Isquero.  Additionally, Mr. Sanchez-Isquero has been moved by the U.S. Marshals to a state facility in Soledad, so defense counsel will require additional time to arrange a legal visit there and travel to that location.

   The parties further agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., from December 11, 2006, to January 29, 2007, because the defense requires time for investigation and preparation, and the ends of justice outweigh the defendant's

1  and the public's need for a speedy trial.

2

3  Dated: 12/4/06                    _____/s/_____
                                     LARA S. VINNARD
                                     Assistant Federal Public Defender

4

5  Dated: 12/4/06                    _____/s/_____
                                     SUSAN KNIGHT
                                     Assistant United States Attorney

6

7                          **ORDER**

8      The parties have jointly requested a continuance of the hearing set for December 11,

9  2006, on grounds that the government has extended a settlement offer and provided additional

10 discovery, and the defense requires time to review these materials with Mr. Sanchez-Isquero.

11     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

12 presently set for December 11, 2006, be continued to January 29, 2007, at 9:00 a.m.

13     Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

14 from December 11, 2006, to January 29, 2007, shall be excluded from the period of time within

15 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

16

17 Dated: 12/7/06                     /s/ Ronald M. Whyte
                                     _____
                                     RONALD M. WHYTE
18                                   United States District Judge

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 05-00420 RMW                  2